PER CURIAM.
This pro se appeal was filed 192 days late and, in fact, was not filed until 43 days after the appellant admits receipt of the order appealed. Therefore, we dismiss it pursuant to Wells v. State, 38 So.2d 464 (Fla.1949); Snelson v. Snelson, 440 So.2d 477 (Fla. 5th DCA 1983); Harrell v. Wainwright, 268 So.2d 184 (Fla. 2d DCA 1972); see also Dibble v. Dibble, 377 So.2d 1001 (Fla. 3d DCA 1979); Finley v. State, 168 So.2d 201 (Fla. 2d DCA 1964). However, we have also examined it as to the merits and find it to be nonmeritorious. See Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984); Swafford v. Dugger, 569 So.2d 1264 (Fla.1990); Jackson v. State, 452 So.2d 533 (Fla.1984); Grant v. State, 390 So.2d 341 (Fla. *311 1980); Anderson v. State, 467 So.2d 781 (Fla. 3d DCA 1985).